

EverBank
PO Box 44060
Jacksonville, FL 32231
everbank.com

October 23, 2024

**Via FedEx**

Jessica J. Lyublanovits, Clerk
United States District Court, Northern District of Florida
Joseph Woodrow Hatchett United States Courthouse and Federal Building
111 N. Adams St., Third Floor
Tallahassee, Florida 32301

      Re:    10,052, LLC v. John Martin and Beyond Recognition, LLC
              Case No.: 4:24-mc00126-MW-MAF
              Answer to Garnishment

Dear Ms. Lyublanovits:

    EverBank Financial Corporation ("EverBank") was served with a Writ of Garnishment as to Defendants John Martin and Beyond Recognition, LLC on October 9, 2024. As EverBank is filing pro se, enclosed please find an original and one (1) copy of EverBank's Answer to Garnishment for filing. Kindly file the enclosed Answer and return a filed copy in the stamped self-addressed envelope provided.

    Should you have any questions, please do not hesitate to contact me.

Sincerely,

*Christi Duong*

everbank.com

FILED USDC FLND TL
OCT 24 '24 AM9:10

XXMCMXXXX         © 2023 EverBank, N.A. 23MCM0189.01 



XP TLHA
TLH FL-US
PRIORITY OVERNIGHT
THU - 24 OCT 10:30A
TRK# 7794 6367 8631  0201
DSR
32301

TO JESSICA J. LYUBLANOVITS, CLERK
US DISTRICT CT N DISTRICT OF FL
111 N. ADAMS ST., THIRD FLOOR
JOSEPH WOODROW HATCHETT US
COURTHOUSE AND FEDERAL BUILDING
TALLAHASSEE FL 32301
188888826019 X 3512      REF: 768
INV:
PO:                      DEPT:

ORIGIN ID:NIPA          (904) 623-6182
MAIL OPERATIONS
EVERBANK
301 W. BAY STREET
8TH FL
JACKSONVILLE, FL 32202
UNITED STATES US

SHIP DATE: 23OCT24
ACTWGT: 1.00 LB
CAD: 982608711NET4535

BILL SENDER

