# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**10,052, LLC,**

    **Plaintiff,**

**v.**                                          **Case No. 4:24-MC-0126-MW-MAF**

**JOHN MARTING, and**
**BEYOND RECOGNITION, LLC,**

    **Defendants,**

**v.**

**EVERBANK FINANCIAL CORP.,**

    **Garnishee.**

**_____/**

## O R D E R

This case was initiated on September 11, 2024, with the filing of a Clerk's Certification of a Judgment to be Registered in Another District. ECF No. 1. Final Judgment was entered against Defendants John Martin and Beyond Recognition, LLC, and in favor of 10,052, LLC, on July 25, 2023, in the amount of $931,500.00, plus pre-judgment interest ($166,835.00), and costs ($24,501.25). ECF No. 1-1.

Judgment Creditor/Plaintiff 10,052, LLC, filed a motion for a post-judgment writ of garnishment as to Garnishee EVERBANK FINANCIAL CORPORATION, believed to "have possession or control or tangible assets of Defendants' JOHN MARTIN, and/or Beyond Recognition, LLC. ECF No. 3. The motion was granted and the writ of garnishment issued on October 4, 2024. ECF Nos. 7-8. The executed writ was returned on October 11, 2024. ECF No. 9.

On October 24, 2024, Garnishee Everbank Financial Corporation ["EFC"] filed an answer advising that ECF is "a holding company and as such does not maintain banking accounts." ECF No. 10 at 1. Garnishee further advises that it is not, and was not, indebted to Defendants or have property of the Defendants in its possession. *Id.*

Florida law specifies that a plaintiff who is not satisfied with the answer must serve a reply within 20 days thereafter. FLA. STAT. § 77.061. If a reply has not been filed by the Plaintiff by November 13, 2024, the Clerk of Court shall refer this case to the undersigned Magistrate Judge and the writ of garnishment will be dissolved.

Accordingly, it is

**ORDERED:**

1. If dissatisfied with the answer, Plaintiff must serve a reply within 20 days pursuant to FLA. STAT. § 77.061.

2. The Clerk of Court shall refer this case to the undersigned upon the filing of a reply, or not later than November 13, 2024.

**DONE AND ORDERED** on October 28, 2024.

S/  Martin A. Fitzpatrick
MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE
